[No. 38069-2-II. Division Two. October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALTON JANUARY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01188-1, Rosanne Buckner, J., entered July 9, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38229-6-II. Division Two. October 20, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL JOSEPH GAFFNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00384-0, M. Karlynn Haberly, J., entered July 7, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38260-1-II. Division Two. October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM C. WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00904-1, John P. Wulle, J., entered August 20, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 38382-9-II. Division Two. October 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN LEE DOWNS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-1-00484-0, James B. Sawyer II, J., entered September 15, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Armstrong, JJ.